

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

AL
F.#2010R00735

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

August 18, 2010

By ECF and Federal Express

Robert F. Datner, Esq.
340 N. Lansdowne Avenue
Lansdowne, PA 19050

      Re:  United States v. Charles Nagel
           Criminal Docket No. 10-511 (JBW)

Dear Mr. Datner:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find additional discovery in the above-referenced matter.  In particular, enclosed please find copies of:

- Additional material received from Facebook in response to the subpoena Bates-numbered DOJ CN 78-79 (DOJ CN 370-525);

- A subpoena served on Facebook (DOJ CN 526-27);

- A response received from Facebook to the subpoena Bates-numbered DOJ CN 526-27 (DOJ CN 528-602);

- A subpoena served on the Federal Detention Center, Philadelphia (DOJ CN 603-04);

- A response received from the Federal Detention Center, Philadelphia to the subpoena Bates-numbered DOJ CN 603-04 (DOJ CN 605-12); and

- A compact disc containing additional material received from the Federal Detention Center, Philadelphia in response to the subpoena Bates-numbered DOJ CN 603-04 (DOJ CN CD 7).

2

If you have any questions or further requests, please do not hesitate to contact me.

>                Very truly yours,
>
>                LORETTA E. LYNCH
>                United States Attorney
>
> By:       /s/
>                Allon Lifshitz
>                Assistant U.S. Attorney
>                (718) 254-6164

Enclosures

cc:  Clerk of Court (JBW) (by ECF) (w/o enclosures)