**UNITED STATES PRETRIAL SERVICES AGENCY**
**Eastern District of New York**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 11 2010 ★
BROOKLYN OFFICE

# MEMORANDUM

| | |
|---|---|
| **DATE:** | August 11, 2010 |
| **TO:** | Honorable Jack B. Weinstein<br>Senior United States District Judge |
| **RE:** | Charles Nagel<br>Docket No.: 10 CR 511 |
| | Request for Modification of Release Conditions |

*[Handwritten note: Referral to health + mental health eval + evaluation and interim treatment pending disposition of case. So ordered. /s/ 8/13/10]*

The above referenced defendant was arrested on March 24, 2010 in the Eastern District of Pennsylvania pursuant to a warrant emanating from this district charging him with Stalking. On June 22, 2010, the defendant made his initial appearance in the Eastern District of Pennsylvania and a detention order was issued pending removal to this district. On July 16, 2010, the defendant appeared before U.S. Magistrate Judge Ramon E. Reyes, Jr., and a permanent order of detention was entered. On July 27, 2010, the defendant appeared before U.S. Magistrate Judge Cheryl L. Pollak and was released on a $200,000 bond secured by his residence and co-signed by his wife. In addition, the following release conditions were imposed:

- travel restricted to New York City and Long Island for court purposes and the Eastern District of Pennsylvania
- shall avoid any contact with the victim or any of the victim's relatives directly or indirectly through third parties
- surrender all travel documents and do not apply for a new passport
- report to Pretrial Services as directed
- subject to random home visits
- home incarceration with Global Positioning System (GPS) location monitoring except permitted leave for court appearances, attorney visits, and medical emergencies
- subject to mental health evaluation and treatment as directed by Pretrial Services
- pay cost of treatment and/or location monitoring with personal funds and/or insurance
- avoid any computer use

It should be noted that due to an outstanding warrant for the instant offense with the New York City Police Department, the defendant was released on July 27, 2010. After his release from the State, the defendant returned to the Eastern District of Pennsylvania where he resides.

We are writing to inform Your Honor that the defendant will be referred by the supervising District for a mental health evaluation and if needed, mental health treatment. However, the defendant has informed he does not have any health insurance nor any additional personal funds to pay the cost of treatment. In light of the defendant's reported lack of funds, Pretrial Services is respectfully recommending that the defendant's bail be modified requiring that Pretrial Services pay the cost of mental health evaluation and treatment.

AUSA Allon Lifshitz and defense counsel Robert Datner have been advised of the aforementioned recommendation and neither has any objections.

If Your Honor determines that this request is appropriate, attached is a Court Order for Your Honor's signature. Should Your Honor require any additional information, please feel free to contact Officer Anna Lee at 718-613-2501.

Prepared by: _____  Approved by: _____
                         Anna Lee                                    Daisy Toscano
            U.S. Pretrial Services Officer        Supervising Pretrial Services Officer

Attachment

**RE:** Nagel, Charles
**Docket No.:** 10 CR 511

IT IS THE ORDER OF THE COURT THAT:

☐ The defendant's conditions of release be modified: Pretrial Services to pay the cost of mental health evaluation and treatment.

☐ No action with regard to the defendant's condition of release is to take place at this time.

☐ Other: _____
_____
_____

SO ORDERED,

_____          _____
Honorable Jack B. Weinstein                                Date
Senior United States District Judge

cc:   Allon Lifshitz, AUSA
      Robert Datner, Defense Counsel