

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AL
F.#2010R00735

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

October 8, 2010

<u>By ECF and Federal Express</u>

Robert F. Datner, Esq.
340 N. Lansdowne Avenue
Lansdowne, PA 19050

> Re:  <u>United States v. Charles Nagel</u>
>      <u>Criminal Docket No. 10-511 (JBW)</u>

Dear Mr. Datner:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find additional discovery in the above-referenced matter.  In particular, enclosed please find copies of:

●    A Search and Seizure Warrant to Facebook (DOJ CN 624-26);

●    The Affidavit in Support of Application for Search Warrant underlying the Search and Seizure Warrant Bates-numbered DOJ CN 624-26 (DOJ CN 627-58)

●    A response received from Facebook to the Search and Seizure Warrant Bates-numbered DOJ CN 624-26 (DOJ CN CD 9).

      If you have any questions or further requests, please do not hesitate to contact me.

      Very truly yours,

      LORETTA E. LYNCH
      United States Attorney

By:     /s/
     Allon Lifshitz
     Assistant U.S. Attorney
     (718) 254-6164

Enclosures

cc:  Clerk of Court (JBW) (by ECF) (w/o enclosures)