

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

CAC
F.#2010R00735

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

October 17, 2010

<u>By ECF, Federal Express and Electronic Mail</u>

Robert F. Datner, Esq.
340 N. Lansdowne Avenue
Lansdowne, PA 19050

      Re:  United States v. Charles Nagel
           Criminal Docket No. 10-511 (JBW)

Dear Mr. Datner:

     Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find the following additional discovery in the above-referenced matter:

<u>Defendant's Statements</u>

- A report and corresponding handwritten notes containing statements made by the defendant to an FBI Agent on the date of his arrest, June 22, 2010 (DOJ CN 789-90).

<u>Documents and Tangible Objects</u>

- A subpoena served on Probation Officer Jeff Stone and/or Probation officer Michael Garozzo of the Philadelphia Adult Probation and Parole Department (DOJ CN 660-61);

- A response received from the First Judicial District of Pennsylvania, Office of Court Administration to the subpoena Bates Stamped DOJ CN 660-61 (DOJ CN 659, 662-775);

- A subpoena served on T-Mobile (DOJ CN 776-77);

- Material received from T-Mobile in response to the subpoena Bates Stamped DOJ CN 776-77 (DOJ CN CD 10);

- A subpoena served on Yahoo! Inc. (DOJ CN 778-79); and

- A response received from Yahoo! to the subpoena Bates Stamped (DOJ CN 781-788).

2

      The government also requests reciprocal discovery. If you have any questions or further requests, please do not hesitate to contact us.

                                    Very truly yours,

                                    LORETTA E. LYNCH
                                  United States Attorney

                 By:      /s/
                                  Allon Lifshitz
                                  Celia Cohen
                                  Assistant U.S. Attorney
                                  (718) 254-6164/6147

Enclosures

cc:  Clerk of Court (JBW) (by ECF) (w/o enclosures)