

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

AL
F.#2010R00735

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

October 20, 2010

By ECF and Electronic Mail

Robert F. Datner, Esq.
340 N. Lansdowne Avenue
Lansdowne, PA 19050

      Re:  United States v. Charles Nagel
           Criminal Docket No. 10-511 (JBW)

Dear Mr. Datner:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find the following additional discovery in the above-referenced matter:

- Additional material received from Facebook in response to the Search and Seizure Warrant Bates-numbered DOJ CN 624-26 (DOJ CN 791-94).

      If you have any questions or further requests, please do not hesitate to contact us.

                              Very truly yours,

                              LORETTA E. LYNCH
                              United States Attorney

                By:     /s/
                              Allon Lifshitz
                              Celia Cohen
                              Assistant U.S. Attorney
                              (718) 254-6164/6147

Enclosures

cc:  Clerk of Court (JBW) (by ECF) (w/o enclosures)