

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MKB:CAC/AL
F.#2010R00735

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

October 22, 2010

**BY HAND DELIVERY AND ECF**

The Honorable Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Charles Nagel
            Criminal Docket No. 10-511 (JBW)

Dear Judge Gold:

    The government submits its voir dire requests and a list of names and places that may be referenced at trial.

A.  Voir Dire

    The government respectfully requests that the Court ask potential jurors the following questions in addition to its customary voir dire questions:

    1.  Have you ever been accused of stalking or harassing someone?  If so (at sidebar):

        a.  What was the nature of the accusation?

        b.  Were criminal charges filed?

        c.  What was the result of the accusation?

        d.  Would that experience cause you to sympathize with the defendant in this case?

    2.  Do you have any friends or relatives who have been accused of stalking or harassing someone? If so (at sidebar):

        a.  What was the nature of the accusation?

  b. Were criminal charges filed?

  c. What was the result of the accusation? '

  d. Would that experience cause you to sympathize with the defendant in this case?

 3. Do you believe that famous people should be treated differently with respect to unwarranted attention or contact?

 4. Do you believe that harassment can be non-threatening in nature?

B. <u>Names and Places That May Be Referenced at Trial</u>

 <u>Names</u>

1. Detective Brian Meichsner

2. John Marsh

3. FBI Special Agent John Sermons

4. Terry Kinney

5. Maeve Kinney

6. Katheryn Erbe

7. Jonathan Erbe

8. Jennifer Erbe Kennedy

9. Nancy Ann DiClemente

10. Joe Nuzzo

11. Steve Gamiello

12. Leslie Gyson

13. Jim Walters

14. Gregory Mantell

15. Felicia Franklin

16. Kimberly Taylor

17. Diana Son

18. Susan Olsen

19. Jerry Moynihan

20. FBI Special Agent Cari Robins

21. Michael Mosbach

22. Charles Nagel

23. Fay Weyman

24. Harleyquinn Nagel

25. Robert Datner

26. Allon Lifshitz (AUSA)

27. Celia Cohen (AUSA)

28. Margo Brodie (AUSA)

<u>Places</u>

29. 11124 Glenfield Street, Philadelphia, PA

30. 24 Horatio Street, New York, NY

31. 719 West 180th Street, New York, NY

32. Chelsea Piers, Pier 62, New York, NY

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By: _____/s/_____

Allon Lifshitz
Celia Cohen
Assistant U.S. Attorneys
(718) 254-6164/6147

cc: Robert Datner, Esq. (ECF)