

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CAC/AL
F.#2010R00735

*271 Cadman Plaza East*

*Brooklyn, New York 11201*

October 25, 2010

**BY ECF**

The Honorable Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Charles Nagel
           Criminal Docket No. 10-511 (JBW)

Dear Judge Gold:

      In addition to the voir dire requests that were submitted on October 22, 2010, the government respectfully requests that the Court ask potential jurors the following supplemental question:

      Are you familiar with how social networking websites such as Facebook and MySpace operate?  If so, how familiar are you with such websites?

      Respectfully submitted,

      LORETTA E. LYNCH
      United States Attorney

By:        /s/
      Allon Lifshitz
      Celia Cohen
      Assistant U.S. Attorneys
      (718) 254-6164/6147

cc:  Robert Datner, Esq. (ECF)