

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CAC
F.#2010R00735

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 25, 2010

<u>BY HAND DELIVERY AND ECF</u>

Robert F. Datner, Esq.
340 N. Lansdowne Avenue
Lansdowne, PA 19050

      Re:  <u>United States v. Charles Nagel</u>
           <u>Criminal Docket No. 10-511 (JBW)</u>

Dear Mr. Datner:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find the following additional discovery in the above-referenced matter:

<u>Defendant's Statements</u>

- A report containing statements made by the defendant to a private investigator on September 11, 2009 (DOJ CN 796).

<u>Documents and Tangible Objects</u>

- A subpoena served on the Brooklyn Metropolitan Detention Center ("MDC")(DOJ CN 797);

- A response received from MDC to the subpoena Bates-numbered DOJ CN 797 (DOJ CN CD 11); and

- Facebook messages in their original format from Jonathan Erbe (DOJ CN 798-820). These messages were previously produced in another format and contain the defendant's statements.

      If you have any questions or further requests, please do not hesitate to contact us.

                              Very truly yours,

                              LORETTA E. LYNCH
                              United States Attorney

                By:     /s/
                              Celia Cohen
                              Allon Lifshitz
                              Assistant U.S. Attorney
                              (718) 254-6147/6164

Enclosures

cc:  Clerk of Court (JBW) (by ECF) (w/o enclosures)