

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

CAC
F.#2010R00735

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

October 30, 2010

BY ECF AND EMAIL

Robert F. Datner, Esq.
340 N. Lansdowne Avenue
Lansdowne, PA 19050

       Re:  United States v. Charles Nagel
            Criminal Docket No. 10-511 (JBW)

Dear Mr. Datner:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find the following additional discovery in the above-referenced matter:

- A subpoena served on T-Mobile (DOJ CN 867-68); and

- Material received from T-Mobile in response to the subpoena Bates-numbered DOJ CN 867-68 (DOJ CN 869-1301).

      If you have any questions or further requests, please do not hesitate to contact us.

                        Very truly yours,

                        LORETTA E. LYNCH
                        United States Attorney

            By:      /s/
                  Celia Cohen
                  Allon Lifshitz
                  Assistant U.S. Attorney
                  (718) 254-6147/6164

Enclosures

cc:  Clerk of Court (JBW) (by ECF) (w/o enclosures)