UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X
UNITED STATES OF AMERICA

      -V-                                           CASE NUMBER:
CHARLES NAGEL                         CR10-511
                                                      _____ (JBW)
------------------------------X


## NOTATION OF ADJOURNMENT

The **sentencing** scheduled for **8/4/11** in the above captioned case has been adjourned to **9/7/11** at **10:30 a.m.** .


DATED: **7/20/11**
       Brooklyn, New York

                                                             Signed:

                                                             JUNE P. LOWE
                                                             CASE MANAGER

cc-: