

*U.S. Department of Justice*

*United States Attorney
Eastern District of New York*

CAC/AL
F.#2010R00735

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

August 18, 2011

**BY HAND DELIVERY AND ECF**

The Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Charles Nagel
            Criminal Docket No. 10-511 (JBW)

Dear Judge Weinstein:

      The government respectfully submits this letter in response to the Order dated August 8, 2011, in which the Court requested the government's position with respect to an August 4, 2011 letter from the defendant's wife.  The letter contains various requests for modification of the defendant's bail conditions.

      As the government understands that letter, the defendant's wife specifically requests the following:

- Permission for the defendant to assist the defendant's grandmother one day a week from 10 a.m. to 8 p.m. for the limited period that the defendant's wife is working during the day;

- Permission for the defendant to go out on August 21, 2011 from 11 a.m. to 11 p.m. for his birthday; and

- Permission for the defendant to accompany his family on a trip to Sesame Place amusement park in Langhorne, Pennsylvania.

2

        The government has no objection to the above requests as long as the defendant's weekly assistance with his grandmother ceases when his wife's schedule returns to normal.

                                    Respectfully submitted,

                                    LORETTA E. LYNCH
                                  United States Attorney
                                  Eastern District of New York

                       By:     /s/
                                  Celia A. Cohen
                                  Allon Lifshitz
                                  Assistant U.S. Attorney
                                  (718) 254-6147/6164

cc:   Clerk of the Court (JBW) (by ECF)
     Robert F. Datner, Esq. (by ECF)
     John L. Almanza, U.S. Probation Officer (by email)