# Robert F. Datner, P.C.
### Attorney at Law

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 30 2011 ★

BROOKLYN OFFICE

*[handwritten notation: Notify: Intervention in a state court proceeding is improper. Motion denied. So ordered. JWeinstein 9/30/11]*

September 28, 2011

Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Chambers
VIA FACSIMILE: (718)613-2527

RE: U.S. v. Charles Nagle
Criminal Docket No.: CR-10-511

Dear Judge Weinstein:

Please be advised that this office represents the defendant, Charles Nagel defendant relative to the above referenced matter. Mr. Nagle was detained by Philadelphia Probation pending a state court violation hearing. A hearing is set for October 5, 2011 before the Honorable Joan Brown of the Common Pleas Court of Philadelphia.

As Mr. Nagle's detention in the Philadelphia County Prison system contravenes the spirit of your carefully fashioned Order, wherein, you specifically recommended that state probation be terminated, I respectfully request that you contact Judge Brown to provide guidance to her.

Judge Brown has not requested that you contact her; however, I believe it would be valuable as the State Court Order may directly impact your sentencing order and may prevent the rehabilitative programs you have sought to establish for Mr. Nagle and his family.

Judge Joan Brown may be reached at:
Honorable Joan Brown
1215 Criminal Justice Center
1301 Filbert Street
Philadelphia, PA 19107
(215) 683-7062

Thank you for your consideration of this request

---

*340 North Lansdowne Avenue
Lansdowne, Pennsylvania 19050
Telephone: (610) 394-3000
Facsimile: (610) 394-1213

One Veterans Squar
Media, Pennsylvania 19063
Telephone (610) 394-3000

*Please send all correspondence to Lansdowne Avenue address

- 2 -

Very truly yours,

ROBERT F. DATNER, P.C.

By: _____

Robert Datner

RFD/tmb

Cc: Honorable Judge Joan Brown
    Via Facsimile: (215) 683-7064

Cc: Allon Lifshitz, U.S. Attorney
    Via facsimile: 718-254-6481