PROB 12C
(EDNY 7/09)

PACTS#47774

# United States District Court

for the

Eastern District of New York

Petition for Warrant or Summons for Offender Under Supervision

FILED
CLERK

2012 NOV 15 AM 11: 17

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

Case Number: **0207 1:10CR00511-001**

Name of Offender: **Charles Nagel**

Name of Sentencing Judicial Officer:   The Honorable Jack B. Weinstein, Sr. U.S.D.J.

Date of Original Sentence:   9/7/2011

Original Offense:   INTERSTATE STALKING

Original Sentence:   Imprisonment - 0
Supervised Release - 0
Probation - 5 years

Type of Supervision:   Probation       Date Supervision Commenced:   9/7/2011

Asst. U.S. Attorney:   Allon Lifshitz, Esq.       Defense Attorney:   Robert Datner, Esq.
Celia Cohen, Esq.

---

## PETITIONING THE COURT

[ X ]   To issue a warrant to be filed as a detainer.

[   ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation Number</u>   <u>Nature of Noncompliance</u>

1.   New Criminal Conduct

Prob 12C — Petition for Warrant or Summons
for Offender Under Supervision

Name of Offender: Charles Nagel
Case Number: 0207 1:10CR00511-001

U.S. Probation Officer Recommendation:

The term of supervision should be:

[ X ] Revoked

[ ] Extended for year(s), for a total term of years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 2, 2011

Approved:

_____
Joseph Franco, SUSPO

_____
Richard Azarian
Sr. U.S. Probation Officer

---

THE COURT ORDERS that the Probation Department:

[X] The Issuance of a Warrant, to be lodged as a detainer with Pennsylvania state authorities.

[ ] Other Directive

Please return a certified copy to the New York Eastern Probation office.

_____
Signature of Judicial Officer

11/4/11
Date