Case 1:10-cr-00511-JBW Document 76 Filed 12/08/11 Page 1 of 2 PageID #: 1091

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 08 2011 ★
BROOKLYN OFFICE

10-cr-511 (JBW)

F+D 11/29/11
R 11/29/11 US
Send cc to atty and defense
atty and defense counsel 11/29/11
11/23/11

Dear Judge Weinstein,

I am writing you this letter because I received a message from our Atty Robert Datner He stated you put a detainer on my husband Charles Nagle because of an incident with a photographer on Sept 8 Mr Datner was with us from the time we left the courthouse till we went in the probation building and yes this photographer kept putting the camera in my 13yr old Harley Face and Harley pushed the camera out of her face and the photographer started harrassing her, he wouldn't let them pass even with Mr Datner asking the guy to leave them alone my husband was blocking him from trying to take pictures of my daughter and did take a few steps toward the guy to try to chase him from my daughter. This photographer was not very nice he was taunting my husband stating He used his Kids to beg for him. Mr Datner was present the whole time. This

incident was primary between Harley + the photographer my husband stepped in between them. This is the same photographer who on the 2nd or 3rd day of trial was harrassing my 11 yr old Bat. Mr Datner came to you and you asked a US marshall to escort me and my 2 daughters to our car. Anyway when we get a court date mr Datner can testify to the incident on Sept 7th. I am writing you this because I retained another lawyer for a reconsideration of Judge Browns decision to give him 2 to 4 yrs. For your sentencing which gave him a violation. Our new attorney Gary Silver is trying to either get him house arrest or 11-23 months. I was hoping you could take the detainer off so if he gets house arrest we could get a court date and just travel to NY with permission from house arrest so he could be home with the girls for the holidays instead of sitting in jail waiting for extradition. All through the trial we traveled from phila to NY without any issues his reconsideration is this Wed Nov 30th. I can have our lawyer notify you of the Judges Decision right after court that day.

Thank You
Fay Weyman